# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WISCONSIN

In Re:                                                          Case Number:  3–10–10242–rdm
                                                                            Chapter:   7
Steven Rush

                         Debtor(s).

## CASE COMMENCEMENT DEFICIENCY NOTICE

To: Debtor's Attorney

In order for this case to be administered, it is necessary that the item(s) described below be filed immediately. Your case may be dismissed if you fail to do so.

- ☑ *Certificate of Credit Counseling, Certification/Request re: Exigent Circumstances under § 109(h)(3), or Motion for Exemption from Credit Counseling under § 109(h)(4) [Documents described in the statement checked on Exhibit D]* [Fed. R. Bankr. P. 1007(b)(3)]

Dated: 1/19/10

                                                        Marcia M Anderson, Clerk
                                                        U.S. Bankruptcy Court