| EMP. NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PERIOD BEGIN | PERIOD END | CHECK NO. |
|---|---|---|---|---|---|
| 368110 | Steven Rush | | 12/01/2009 | 12/31/2009 | 74060 |

| EARNINGS | HRS. UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|
| Regular | 162.50 | 5,000.00 | 20,625.00 | Dental Insurance | 35.16 | 135.63 |
| Overtime | 0.00 | 0.00 | 0.00 | Federal Income Tax | 607.20 | 2,430.06 |
| | | | | FICA Medicare | 71.14 | 293.71 |
| | | | | FICA Old Age Disability | 304.20 | 1,255.85 |
| | | | | Group Health Single-Flex Plan | 36.20 | 144.80 |
| | | Vacation Pav YTD | 0 | Parking Permit | 22.17 | 88.68 |
| | | Sick Pay YTD | 0 | Tax Shelter Annuity | 250.00 | 1,000.00 |
| | | | | United Way | 10.00 | 20.00 |
| | | | | Volutary life UNUM | 38.60 | 96.50 |
| | | | | Wisconsin State tax | 280.33 | 1,135.32 |

| 5,000.00 | 1,655.00 | 3,345.00 | 20,625.00 | 6,600.55 | 14,024.45 |
|---|---|---|---|---|---|
| CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |

| EMP. NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PERIOD BEGIN | PERIOD END | CHECK NO. |
|---|---|---|---|---|---|
| 368110 | Steven Rush | | 11/01/2009 | 11/30/2009 | 72786 |

| EARNINGS | HRS. UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|
| Regular | 162.50 | 5,000.00 | 15,000.00 | Dental Insurance | 33.49 | 100.47 |
| Overtime | 0.00 | 0.00 | 0.00 | Federal Income Tax | 607.62 | 1,822.86 |
| | | | | FICA Medicare | 71.17 | 213.51 |
| | | | | FICA Old Age Disability | 304.30 | 912.90 |
| | | | | Group Health Single-Flex Plan | 36.20 | 108.60 |
| | | Vacation Pav YTD | 0 | Parking Permit | 22.17 | 66.51 |
| | | Sick Pay YTD | 0 | Tax Shelter Annuity | 250.00 | 750.00 |
| | | | | United Way | 10.00 | 10.00 |
| | | | | Volutary life UNUM | 38.60 | 57.90 |
| | | | | Wisconsin State tax | 280.44 | 845.24 |

| 5,000.00 | 1,653.99 | 3,346.01 | 15,000.00 | 4,887.99 | 10,112.01 |
|---|---|---|---|---|---|
| CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |